United States District Court
For the Northern District of California

1
2
3
4
5   UNITED STATES DISTRICT COURT
6   NORTHERN DISTRICT OF CALIFORNIA
7
8
9   CHINATOWN NEIGHBORHOOD
    ASSOCIATION, et al.,
10
            Plaintiffs,                     No. C 12-3759 PJH
11
        v.                                  **ORDER**
12
    EDMUND BROWN, et al.,
13
            Defendant.
14  _____/
15
        PLEASE TAKE NOTICE that the chambers copy of the Declaration of Joseph M.
16
    Breall in support of plaintiffs' motion for preliminary injunction, and the Declaration of
17
    Alexandra Robert Gordon in support of defendants' opposition to plaintiffs' motion for
18
    preliminary injunction, were submitted in a format that is not usable by the court.
19
        The chambers copies are not usable because they
20
        ☐   consist(s) of a stack of loose paper wrapped with a rubber band;
21
        ☐   consist(s) of a stack of loose paper fastened with a binder clip or a paper clip;
22
        ☐   is/are too thick to permit secure fastening with a staple, and is fastened with a
23
            brad-type fastener that is too short for the thickness of the document;
24
        ☒   have no tabs for the exhibits; and the Gordon Declaration is not attached to
25
            the exhibits;
26
        ☐   include(s) exhibits that are illegible;
27
        ☐   include(s) exhibits that are unreadable because the print is too small;
28

1 ☐ include(s) text and/or footnotes in a font smaller than 12 point;

2 ☐ include(s) portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

4 ☐ is/are not usable for another reason –

The paper used for the above-described chambers copies has been recycled by the court. No later than September 25, 2012, the parties shall submit revised chambers copies in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: September 21, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge