United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHINATOWN NEIGHBORHOOD
ASSOCIATION, et al.,

    Plaintiffs,

    v.

EDMUND BROWN, et al.,

    Defendants,

THE HUMANE SOCIETY OF THE
UNITED STATES, et al.,

    Intervenor-Defendants.

_____/

No. C 12-3759 PJH

**ORDER**

PLEASE TAKE NOTICE that the chambers copy of intervenor-defendants' opposition to plaintiffs' motion for preliminary injunction was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the exhibits;
- ☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒ is not usable for another reason – The memorandum of points and authorities and all exhibits and attached declarations were fastened together in one document. Each declaration and its exhibits, if any, must be separately stapled or fastened (and all exhibits must have tabs).

The paper used for the above-described chambers copy has been recycled by the court. No later than October 4, 2012, intervenor-defendants shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge