UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:  October 10, 2012**   (Time: 43 minutes)          **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-12-3759  PJH**

**Case Name:** Chinatown Neighborhood Association, et al. v. Edmund Brown, et al.

**Attorney(s) for Plaintiff:**     Joseph Breall; Jill Diamond
**Attorney(s) for Defendant:**     Alexandra Gordon
                                   Bruce Wagman (defendant intervenors)

**Deputy Clerk**:  Nichole Heuerman          **Court Reporter**: Sarah Goekler

PROCEEDINGS

Plaintiffs' Motion for Preliminary Injunction-Held.  The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers